1
2
3
4
5
6
7
8
9
10
11
12
13
14

15        UNITED STATES DISTRICT COURT
16        CENTRAL DISTRICT OF CALIFORNIA

17
18  Sanrio Company, Ltd. and Sanrio, Inc.,  )  Case No. 8:21−cv−01259 DOC-(ADSx)
                                            )
19                              Plaintiffs, )  CONSENT DECREE AND
         v.                                 )  PERMANENT INJUNCTION [21]
20                                          )
    Scion Global Production Inc. d/b/a      )
21  FINEX, Rick Pan, and Does 1 through 10, )
    inclusive,                              )
22                                          )
                                Defendants. )
23  _____ )

24        The Court, having read and considered the Joint Stipulation for Entry of
25  Consent Decree and Permanent Injunction that has been executed by Plaintiffs Sanrio
26  Company, Ltd. and Sanrio, Inc. (collectively "Plaintiffs") and Defendants Scion
27  Global Production Inc. d/b/a FINEX and Rick Pan (collectively "Defendants") in this
28  action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and only as to Defendants, their successors, heirs, and assignees, this Consent Decree and Permanent Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiffs have expended considerable resources in the creation and commercial exploitation of their copyrightable and trademarkable property, and as a consequence thereof, have acquired intellectual property rights, including but not limited to those rights listed in Exhibits A-B ("Plaintiffs' Properties").

3) Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Properties, including, but not limited to, manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:

    a) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

    b) Importing, manufacturing, distributing, advertising, selling, offering for sale,

renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

c) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

5) Plaintiffs are entitled to, and shall recover from Defendants, the sum of One Hundred Thousand U.S. Dollars ($100,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective October 14, 2021.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the First Amended Complaint are dismissed without prejudice.

8) This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree and Permanent Injunction against Defendants.

10) The Court shall retain jurisdiction over Defendants and of this action to entertain such further proceedings and to enter such further orders as may be necessary

or appropriate to implement and enforce the provisions of this Consent Decree and Permanent Injunction or of the Parties' Release and Settlement Agreement dated and effective October 14, 2021.

DATED: October 21, 2021

*/s/ David O. Carter*

Hon. David O. Carter
United States District Judge

PRESENTED BY:

Wang Law Corporation

By: _____
    Annie S. Wang
    J. Andrew Coombs, Of Counsel
Attorneys for Plaintiffs
Sanrio Company, Ltd. and Sanrio, Inc.

Stetina Brunda Garred & Brucker

By: _____
    Shunsuke Samuel Sumitani
Attorney for Defendants

Scion Global Production Inc. d/b/a FINEX

By: _____
    Rick Pan
    Its: President and Owner
Defendant

Rick Pan

By: _____
    Rick Pan
Defendant

# EXHIBIT A

# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) |
|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog |
| VA 52-941 | Hello Kitty Bus Stop Seal Set |
| VA 130-419 | MY MELODY, a bunny with hood |
| VA 130-421 | Patty & Jimmy |
| VA 130-422 | LITTLE TWIN STARS, a boy and girl with star background |
| VA 148-624 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers (Supplement) |
| VA 148-625 | Tuxedo Sam |
| VA 148-778 | MY MELODY AND FRIENDS FRAGRANT STICKERS |
| VA 148-780 | Hello Kitty Notebook |
| VA 246-420 | Hello Kitty with Teddy Bear Stickers |
| VA 246-421 | Little Twin Stars |
| VA 636-579 | KeroKeroKeroppi |
| VA 636-580 | Pochaco |
| VA 636-581 | Zashikibuta |
| VA 636-582 | Pekkle |
| VA 657-748 | KOBUTA NO PIPPO |
| VA 707-212 | KeroKeroKeroppi |
| VA 811-440 | Bad Badtz Maru |
| VA 840-494 | Winkipinki |
| VA 840-495 | Monkichi |
| VA 840-496 | Picke Bicke |
| VAu 498-617 | Chococat |
| Vau 531-649 | Hello Kitty Head Dress 2001 |
| Vau 655-028 | THE RUNABOUTS – 2001 |
| VAu 684-322 | Sanrio 2005 Character Guide |
| VAu 1-078-385 | Sanrio 2010 Character Guide |
| VAu 1-223-912 | Sanrio Character Mini Brochure 2015 |
| VAu 1-307-709 | AGGRETSUKO/AGGRESSIVERETSUKO |
| VA 1-296-111 | CHARMMY KITTY / August 04 |
| VA 1-296-115 | 2004 – 100 Characters |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 |
| VA 1-303-874 | Character Merchandising |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE |
| VA 1-342-775 | Sanrio 2002 Hello Kitty Style Guide |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW |
| VA 1-370-517 | Cotton Flower Summer 2006 Catalog No. 0602 |
| VA 1-370-524 | MY MELODY&KUROMI(flower);HELLO KITTY(bee bear) Everyday Catalog December 2005 |
| VA 1-370-525 | CHARMMY KITTY (honey); KUROMI; SUGARBUNNIES; HELLO KITTY(jewel) Everyday Catalog 2005 |
| VA 1-416-373 | keepin' it green (KEROPPI) |


| | |
|---|---|
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 |
| VA 1-434-208 | Little Twin Stars with Unicorn Stickers (Supplement) |
| VA 1-434-209 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers |
| VA 1-434-211 | Hello Kitty with Teddy Bear Stickers (Supplement) |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash |
| VA 1-962-577 | Gudetama Clear Folder |
| VA 1-967-937 | Strawberry News No. 548/ Introducing Kirimichan and Gudetama, et al. |
| VA 1-967-946 | GUDETAMA Fan Book |
| VA 1-967-947 | Gudetama Philosophy |
| VA 2-102-318 | AGGRETSUKO/AGGRESSIVERETSUKO: Smartphone Application Stamp Images |
| VA 2-090-677 | AGGRETSUKO/AGGRESSIVERETSUKO Book of Phrases and Expressions |

# EXHIBIT B

# SANRIO CO.'S TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| [Hello Kitty image] | 1200083 | 7/6/1982 |
| [Hello Kitty image] | 1277721 | 5/15/1984 |
| [Hello Kitty image] | 4850654 | 11/10/2015 |
| [Hello Kitty image] | 4850657 | 11/10/2015 |
| [Hello Kitty image] | 4858350 | 11/24/2015 |
| [Hello Kitty image] | 4858352 | 11/24/2015 |
| [Hello Kitty image] | 4858353 | 11/24/2015 |
| [Hello Kitty image] | 4869888 | 12/15/2015 |
| HELLO KITTY | 1215436 | 11/9/1982 |
| HELLO KITTY | 1279486 | 5/29/1984 |
| HELLO KITTY | 4620151 | 10/14/2014 |
| HELLO KITTY | 4845728 | 11/3/2015 |
| HELLO KITTY | 4845735 | 11/3/2015 |
| HELLO KITTY | 4845739 | 11/3/2015 |
| HELLO KITTY | 4850604 | 11/10/2015 |
| HELLO KITTY | 4850605 | 11/10/2015 |
| HELLO KITTY | 4850607 | 11/10/2015 |

| | | |
|---|---|---|
| (bow logo) | 3260858 | 7/10/2007 |
| (bow logo) | 3359800 | 12/25/2007 |
| (bow logo) | 3359801 | 12/25/2007 |
| (bow logo) | 3359802 | 12/25/2007 |
| (bow logo) | 3362513 | 1/1/2008 |
| (bow logo) | 3445304 | 6/10/2008 |
| (bow logo) | 4760381 | 6/23/2015 |
| GUDETAMA | 5074714 | 11/1/2016 |
| (gudetama image) | 5074715 | 11/1/2016 |
| gudetama the lazy egg | 5237626 | 7/4/2017 |
| MY MELODY | 1305637 | 11/20/1984 |
| MY MELODY | 1210192 | 9/28/1982 |